IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carter, Sharon A

Printed: 12/28/07

Case Number: 06 B 01821
Judge: Wedoff, Eugene R
Filed: 2/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 20, 2007
Confirmed: May 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 35,700.00 |  |
| Secured: |  | 15,745.54 |
| Unsecured: |  | 15,855.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,204.76 |
| Trustee Fee: |  | 1,894.50 |
| Other Funds: |  | 0.00 |
| Totals: | 35,700.00 | 35,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,204.76 | 2,204.76 |
| 2. | Fifth Third Bank | Secured | 15,745.54 | 15,745.54 |
| 3. | Alan J Bernstein Ltd | Unsecured | 426.50 | 590.19 |
| 4. | Portfolio Recovery Associates | Unsecured | 247.92 | 343.08 |
| 5. | ECast Settlement Corp | Unsecured | 35.04 | 48.48 |
| 6. | Asset Acceptance | Unsecured | 2,994.56 | 4,143.92 |
| 7. | World Financial Network Nat'l | Unsecured | 16.72 | 23.14 |
| 8. | American Express | Unsecured | 1,835.30 | 2,539.71 |
| 9. | ECast Settlement Corp | Unsecured | 1,889.08 | 2,614.13 |
| 10. | Resurgent Capital Services | Unsecured | 126.49 | 175.04 |
| 11. | Harris Bank | Unsecured | 772.97 | 1,069.64 |
| 12. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 267.35 | 369.96 |
| 13. | American Express Centurion | Unsecured | 2,845.70 | 3,937.91 |
| 14. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 15. | Allied Interstate | Unsecured |  | No Claim Filed |
| 16. | CitiFinancial | Unsecured |  | No Claim Filed |
| 17. | Blitt & Gaines | Unsecured |  | No Claim Filed |
| 18. | Bowman Heintz Boscia Vician | Unsecured |  | No Claim Filed |
| 19. | Plaza Associates | Unsecured |  | No Claim Filed |
| 20. | Associated Recovery Systems | Unsecured |  | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 22. | Portfolio Recovery Associates | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,407.93 | $ 33,805.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Carter, Sharon A

Printed:  12/28/07

Case Number:  06 B 01821
Judge:  Wedoff, Eugene R
Filed:  2/28/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 178.49 |
| 4.8% | 152.26 |
| 5.4% | 1,563.75 |
| | _____ |
| | $ 1,894.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

